**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| United States of America, | CASE NO. 3:07cr647-2 |
| Plaintiff, | |
| - vs - | **ORDER** |
| Ahmed Khaleel, | |
| Defendant. | |

Upon request for modification of conditions of release with transfer of supervision to Northern District of Illinois at Chicago, the Court grants the request and the conditions of supervised release are modified as follows:

1. The condition of search and seizure is terminated.

2. All other prior conditions of supervision remain in place as previously ordered.

So Ordered.

s/ James G. Carr
Sr. United States District Judge